IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| PETMED EXPRESS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| 1-800PETMEDS-UK.COM, et al., | ) | Civil Action No. 05-0452 |
| Defendants, | ) | |
| and ABBEYVET EXPORT LTD., | ) | |
| Claimant. | ) | |

**ORDER**

This matter comes before the Court on Claimant's Motion to Withdraw Counsel, as filed by Claimant's counsel. It appearing to the Court that Claimant has voluntarily terminated its relationship with Claimant's counsel, it is hereby

ORDERED that Claimant's Motion to Withdraw Counsel is GRANTED and that Rachel L. Semanchik and Andrew G. Howell of William Mullen, P.C., and Lisa M. Krizan of LMK Associates PLC are removed as attorneys of record in this matter.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 24, 2005